Reg. No.:
California City Correctional Center
P.O. Box 3001-0001
California City, CA 93504

**IN PROPRIA PERSONA**



## IN THE UNITED STATES DISTRICT COURT
### FOR

'07 CV 2288

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>U.S.<br><br>vs.<br><br>ESPINOZA MEZA ROBERTO<br><br><br>Defendant. | PRO SE<br>**MOTION FOR TIME REDUCTION<br>BY AN INMATE IN FEDERAL<br>CUSTODY UNDER TITLE<br>28 U.S.C. § 2255**<br><br>Criminal Case Number:<br><br>07CR0062W |

    COMES NOW, the Defendant Espinoza Meza Roberto  In Propria Persona,
Requesting this Honorable Court for a time reduction based on the
following grounds. Memorandum of points and Authorities established
by this Motion, factual basis. Under the Attorney General Memorandum
dated April 28, 1995, The United States Attorney General can offer up
to two (2) points downward departure if defendant accepts a final
deportation order.
    Because Defendant Espinoza Meza Roberto  cannot be housed in a
minimum security facility, or community Correctional Center based on
his deportation  alien status, he asks this Honorable Court to take
into consideration and possibly grant Defendant

-1-

a downward departure.

## FACTS OF DEFENDANT'S PRESENT
## INCARCERATION

Defendant ESPINOZA MEZA ROBERTO is currently in the custody of the United States Attorney General at California City Correctional Center, P.O. Box 3001-0001, California City, CA 93504.

On or about 11-01-06        . Defendant Mr. Meza was arrested and Indicted for Criminal charges. Mr. Espinoza Meza was Sentence in the United States District Court for the San Diego District of California Southern District to a term of 70 months and 5 years Supervise Release.

## THE DEFENDANT IS SEEKING RELIEF DUE TO THE FOLLOWING
## POINTS AND AUTHORITIES

(1) Equal Protections Rights Pursuant to XIV Amendments to the United States Constitution.

(2) Due Process, V Amendment.

(3) Equal Rights Act no person shall be discriminated, regardless of race, color, sex, religion, or Nationlity.

A united States Citizen is entitled to different privileges due to his or her origin like one (1) year reduction of sentence through a drug program three months half-way house to prepare to re-assimilate, a Unicor job, with good wages and other benefits.

An alien is deprived of his benefits or privileges due to his or her status and find himself/herself committed to harsher time, or sentence due to his or her status in the United States of America.

Both a United States Citizen and an alien inmate/resident live and comport by the same rules, policies, privileges and **standards** of such Institution.

**Therefore** Defendant Mr. *Espinoza Meza*     prays that the ~~Honorable~~ Court grant him all relief to which he may be entitled in this proceeding.

This Motion is submitted in good faith, and pursuant to V and XIV Amendments that guaranteed rights protection of the United States of America Constitution.

**RESPECTFULLY SUBMITTED,**

x *Roberto Espinoza Mza*
**AFFIANT**

Cc:
 #

Dated: *11-29-07*

**CERTIFICATE OF SERVICE / OR MAILING**

CASE NAME: _Espinoza Meza Roberto_ VS. _U.S._

CASE NUMBER: _07CR0062-W_

I, the undersigned, herby affirmed that on this _29_ day of _November_ _2007_, I deposited in the recepticle for the United States mail provided at this Institution for inmates, first class pre-paid postage, in a sealed envelope and addressed to:

Clerk of the Court
U.S. District Court
800 front street Ste. 4290
San Diego, CA. 92101-8900

a true and correct copy of the attached document(s) identified as follows:

Pro Se Motion for time Reduction By An Inmate in Federal Custody Under Title 28 U.S.C. 2555 (original)

In accordance with Houston V. Lack 487 U.S. 266 (1988) these documents are deemed filed and served as of this date. Pursuant to 28 U.S.C. §1746(2). I further declare under the penalty of perjury that the foregoing is correct and true.

DATED: _11-29-07_

X _Roberto Espinoza mz_
AFFIANT

Name: *Espinoza Meza Roberto*
Reg. No.: *02140-298*
California City Correctional Center
P.O. Box 3001-0001
Califronia City,CA 93504

**IN PROPRIA PERSONA**

Re: *ESPINOZA MEZA ROBERTO*

**CLERK OF THE COURT:**

*U.S. District Court*
*800 front street Ste.4290*
*San Diego,CA.92101-8900*

**Dear Clerk:**

    I am currently incarcerated and do not have attorney to assist me. Please File my Motion for me and return a Filed stamp copy (Front page only). Including in this letter is a stamp envelope for you to use.

    I would really appreciate a prompt response to this important matter. Thank you for your time and consideration.

Respectfully,

x _____
**AFFIANT**

DATED: *11-29-07*

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Espinoza Meza Roberto | United States of America |

| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF      San Diego <br> (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT <br> (IN U.S. PLAINTIFF CASES ONLY) <br><br> NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND |
|---|---|

07 CV 2288

| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) <br><br> Pro Se <br> PO Box 3001-0001 <br> California City, CA 93504 | ATTORNEYS (IF KNOWN) <br><br> U.S. Attorney |
|---|---|

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT (For Diversity Cases Only)**

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

## 28 U.S.C. 2255

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | **SOCIAL SECURITY** | |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ Other Contract | | | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | ☐ 441 Voting | ☒ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 442 Employment | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 443 Housing/Accommodations | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 444 Welfare | ☐ 540 Mandamus & Other | ☐ Security Act | | ☐ 950 Constitutionality of State |
| ☐ 240 Tort to Land | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | | | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | | | | | |
| ☐ 290 All Other Real Property | | | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding
☐ 2 Removal from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

| VII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 | DEMAND $ | Check YES only if demanded in complaint: <br> JURY DEMAND: ☐ YES ☐ No |
|---|---|---|---|

| VIII. RELATED CASE(S) IF ANY (See Instructions): | JUDGE Whelan | | Docket Number 07 CR 0062 |
|---|---|---|---|

DATE                         SIGNATURE OF ATTORNEY OF RECORD